# United States Court of Appeals for the Federal Circuit

———————————

October 29, 2015

**ERRATUM**

———————————

Appeal No. 2015-1190

———————————

**ATLAS IP, LLC,**

*Plaintiff-Appellant*

**v.**

**ST. JUDE MEDICAL, INC., ST. JUDE MEDICAL S.C., INC.,**

*Defendants-Appellees*

———————————

Decided: October 29, 2015
Precedential Opinion

———————————

The following change has been made on page 2, line 6 of the opinion: change "construed" to "construes."